FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
12:43 pm, Jan 27, 2025
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01494-SBP

**BRANDON LEE DIAZ DELEON,**

**Plaintiff,**

v.

**AUGUST LINNEMEYER, ET AL.,**

**Defendants.**

---

**MOTION FOR ENLARGEMENT OF TIME TO COMPLETE SERVICE OF PROCESS AND REQUEST FOR ALTERNATIVE METHOD OF SERVICE**

---

Plaintiff, Brandon Lee Diaz DeLeon, appearing pro se, hereby submits this Motion for Enlargement of Time to Complete Service of Process and Request for Alternative Method of Service, and states as follows:

**I. Background**

1. On 05/28/2024, Plaintiff initiated this action against Defendants.

2. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff is required to serve the Defendants within 90 days of filing the complaint. The current deadline to complete service is January 19, 2025.

3. On 12/20/2024, Plaintiff served Defendants by U.S. mail **[ECF 17], (EX A)** with the summons and complaint, including a request for Defendants to waive personal service in compliance with Rule 4(d) of the Federal Rules of Civil Procedure.

4. To date, no responses have been received from any parties or state actors.

1

## II. Specific Efforts to Complete Service of Process

5. Plaintiff has made reasonable and diligent efforts to serve the Defendants, including:

    i. Serving the summons and complaint via U.S. mail, accompanied by a waiver of personal service as permitted under Rule 4(d).

    ii. Conducting an online search and reviewing public records to identify additional addresses or contact information for Defendants.

    iii. Retaining a professional process server to attempt personal service at multiple known addresses associated with Defendants. Despite these efforts, Defendants were not located at the addresses provided.

    iv. Attempting to contact Defendants through mutual acquaintances and by inquiring with businesses potentially associated with Defendants.

6. Despite these diligent efforts, no party has responded to the summons and complaint, nor have any Defendants waived service of process.

## III. Good Cause for Enlargement of Time

7. Plaintiff has demonstrated good cause for an extension of time to complete service of process. The inability to obtain responses or effectuate personal service is due to circumstances beyond Plaintiff's control.

8. Plaintiff respectfully requests an additional 45 days from the date this motion is granted to allow time for further attempts at service or alternative methods of service.

### IV. Request for Alternative Method of Service

9. In addition to an extension of time, Plaintiff respectfully requests that the Court authorize alternative service under Rule 4(e)(1) of the Federal Rules of Civil Procedure and applicable state law. Alternative methods may include:

    i. Service by publication in a newspaper of general circulation in Defendants' last known location;

    ii. Service by certified mail to Defendants' last known addresses or other addresses identified through further investigation; or

    iii. Service via email or other electronic means, if such contact information for Defendants can be located or any other service this Court deems just and proper.

10. Plaintiff believes that alternative service is necessary because:

    i. Defendants appear to be evading service and have not responded to prior service efforts, including the waiver request mailed with the summons and complaint.

11. Allowing alternative service will prevent undue delay, conserve judicial resources, and ensure Defendants have an opportunity to respond to the claims brought against them.

### V. Conclusion

**WHEREFORE**, Plaintiff respectfully requests that the Court:

1. Grant an enlargement of time of 45 days from the date this motion is granted to complete service of process on Defendants;
2. Authorize Plaintiff to effectuate service using an alternative method as permitted by Rule 4(e)(1) and applicable state law; and
3. Provide any other method of service this Court deems just and proper to serve Defendants.

Respectfully submitted this 27th day of January 2025.

/s Brandon Diazdeleon
**Brandon Diazdeleon**
871 Thornton Parkway, Ste 271
Thornton, CO 80229
719-342-0628
Brandon.Diaz@Vreelandlegal.com

## **Certificate of Service**

I hereby certify that no Defendant has yet been served personally or waived service in this matter; therefore, service of this Motion on any party is not required. Further, I certify that this Motion has been served upon the Court by email on this 27th day of January 2025.

/s Brandon Diazdeleon
**Brandon Diazdeleon**
871 Thornton Parkway, Ste 271
Thornton, CO 80229
719-342-0628
Brandon.Diaz@Vreelandlegal.com