FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 03 2025
JEFFREY P. COLWELL
CLERK

Dear Judge

I am writing in reference to case #24-CV-01494-KAS. I am going to start this by saying. My step daughter August Linnemeyer (the Victim) cannot move on and heal because Brandon has constantly reappeared over the years. Example being this law suit. It's just victimizing her all over again.

I will address things in his law suit as he stated in his letter to us. Before I do I will correct my name its Jessica Linnemeyer. I have never been a Schlagel.

Now under D. Preliminary statement A. I am not and was not aware of any mental health with Brandon. I had no access to his medical records to know this. As far as "tricking" him into pleading guilty. I had no part in how he plead or deals that were made. We actually were upset and felt he was getting away with raping our daughter. The cops took our daughters electronic device and took over her social medias to talk to Brandon where he admitted to his crime. We however never got her electronic device back nor were we made aware of what the conversation between the cops and Brandon

detailed.

B. We were not and do not know of anyone admitting the allegations are false. As far as I know I believe my step daughter. I believe something happened. He admitted it to the cops on her social media as far as I was told by the cops.

C. I have no idea what he is referring to.

D. I am not aware of any fabricated evidence. The only evidence I am aware of is the cops saying He admitted it on social media. So unless we were lied to the evidence is his own admission. He had a couple different attorneys. So legal representation was there. We also were made aware of when he violated his deferred probation but not made aware what or how it was violated.

E. We are not aware of any altered documents.

F. We stopped caring and opening mail about this case (the rape case) when Brandon violated his stay at the half way house. We did not know of any physical, emotional injuries, emotional distress, cruel and unusual punishment

or excessive incarcerations. I'm sorry he went through that but that is not my fault.

G. Never knew he was on parole. Never spoke to any probation officers.

H. Him having to hire new attorney has nothing to do with me. that is a issue between him and the attorney that took his money. I'm struggling to find a attorney to take this case. I don't have money but if I did I can't even pay a attorney to help me. At least he got one.

I. I don't know about these amendments and I don't have time to look them up. What about his victims rights, her amendments. How long does she have to continue to relive this night he left her on the back porch.

E. Now his facts are just that. His story. I am a mom I did what a mom is suppose to do. My step daughter (my child) came to me crying. She told me her side of the story. I called the cops like a mom is suppose to do. They directed me to call the cops in the county, state

The crime happened. We notified Bio Mom Tiffany where we all worked together to notify the Kit Carson County cops. Where they asked me to make a statement I did what a mom is suppose to do. I should not be sued for being a mom. If we don't report we are bad moms and in trouble we report and get sued.

Brandon plead guilty on his own behalf. He admitted it to the cops. He plead to a 4 year deferred probation. He violated that so the Judge was nice and sent him to a half way house. From here I don't know what happened we were only made aware of violations. We don't have control of his behaviors, or the time he spent anywhere.

Brandon was on probation when the rape case started. How much of that crime plays into his time served.

I have searched for attorney to help fight his law suit against us. We have not been able to find a attorney to take

This case, I am asking this law suit be dismissed if it can't be dismissed I am asking for help with a attorney. However I am hoping for a dismissal as my involvement was being a mom and reported. I had no control over anything that happened after that.

Sincerely
Jessica Linnemeyer
418 Dawson
Farnam, NE 69029
308-537-6580

